IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICHAEL D. ALCORN and
MILDRED A. ALCORN                                                                    PLAINTIFFS

vs.                          No. 3:13-CV-00182 (JLM/BD)

UNITED STATES OF AMERICA;
GEORGE K. COVERT, M.D.;
JESSICA ANN JOHEIM, M.D.;
EMCARE PHYSICIAN SERVICES, INC.;
JOHN DOE 1; JOHN DOE 2; and, JOHN DOE 3                                DEFENDANTS

## ORDER OF DISMISSAL WITHOUT PREJUDICE OF EMCARE PHYSICIAN SERVICES, INC.

On this 7th day of October, 2014, it is represented to the Court that upon motion of the plaintiffs, this case should be dismissed without prejudice as to separate defendant, Emcare Physician Services, Inc.

IT IS THEREFORE, BY THE COURT, CONSIDERED, ORDERED AND ADJUDGED that the above styled cause be, and the same hereby is, dismissed without prejudice as to separate defendant, Emcare Physician Services, Inc.

IT IS SO ORDERED.

_____
United States District Judge

**APPROVED AS TO FORM:**

MCDANIEL LAW FIRM

By: _____
Bobby McDaniel
*Attorney for Plaintiffs*

WOMACK PHELPS & MCNEILL

By: _____
Paul McNeill
*Attorney for Defendants*

HE7443.WPD