**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

MICHAEL D. ALCORN and                                                                            PLAINTIFFS
MILDRED A. ALCORN

v.                                              No. 3:13CV00182 JLH

UNITED STATES OF AMERICA;
GEORGE K. COVERT, M.D.;
JESSICA ANN JOHEIM, M.D.; EMCARE
PHYSICIAN SERVICES, INC.; and
JOHN DOE 1-3                                                                                         DEFENDANTS

## ORDER

Jessica Ann Joheim, M.D., has filed a motion in limine seeking to exclude from evidence any liability insurance of the defendant, any prior malpractice suits against the defendant, that the physician defendant is not required to be a witness against himself, and any malpractice suits against expert witnesses for the defense other than the current one.  Similarly, George K. Covert, M.D., has filed a motion in limine seeking to exclude the same four items of evidence and evidence that he "flunked out" of medical school initially before re-entering and completing medical school.  The time for responding to these motions has expired, and no response has been filed.  Without objection, therefore, the motions in limine are GRANTED.  Documents #23 and #24.

IT IS SO ORDERED this 20th day of October, 2014.

_J. Leon Holmes_
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE