(Post. 4/4/12)

# United States District Court
## *Eastern District of Arkansas*

Michael D. Alcorn, et al.

**NOTICE**

v.

United States of America, et al.

CASE NUMBER: 3:13CV182-JLH

| TYPE OF CASE: | ☒ CIVIL | ☐ CRIMINAL |

☒ TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Richard Sheppard Arnold United States Courthouse<br>500 West Capitol<br>Little Rock, Arkansas  72201 | 1D |
| | DATE AND TIME |
| | February 11, 2015, at 9:30 AM |

TYPE OF PROCEEDING

Settlement conference before Magistrate Judge Beth Deere

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | ROOM NO. | CONTINUED TO, DATE AND TIME |
|---|---|---|
| Richard Sheppard Arnold United States Courthouse<br>500 West Capitol<br>Little Rock, Arkansas  72201 | | |

James W. McCormack, CLERK

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

12/19/2014

DATE

/s/ Suzy Flippen

(BY) DEPUTY CLERK

To:
Hon. J. Leon Holmes
Mr. Bobby McDaniel
Mr. David Keith Sarver
Mr. Rodney L. Chedister
Ms. Lindsey Mitcham Lorence
Mr. Paul D. McNeill
CSO