IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICHAEL D. ALCORN and
MILDRED A. ALCORN                                                                    PLAINTIFFS

vs.                          No. 3:13-CV-00182 (JLM/BD)

UNITED STATES OF AMERICA;
GEORGE K. COVERT, M.D.;
JESSICA ANN JOHEIM, M.D.;
JOHN DOE 1; JOHN DOE 2; and, JOHN DOE 3                                DEFENDANTS

## STIPULATION FOR DISMISSAL WITH PREJUDICE REGARDING SEPARATE DEFENDANT, GEORGE COVERT, M.D.

Come the parties, by and through their counsel, and stipulate that the above-captioned case should be dismissed with prejudice as to separate defendant, George Covert, M.D.

DATED this 16th day of March, 2015.

Mr. Bobby McDaniel
McDANIEL LAW FIRM
400 South Main
Jonesboro, AR 72401

and

Mr. Rodney Chedister
Attorney at Law
603 West Matthews Avenue
Jonesboro, AR 72401

By: _____
*Attorneys for Plaintiffs*

WOMACK, PHELPS & McNEILL, P.A.
Post Office Box 3077
Jonesboro, AR 72403-3077

By: *Paul McNeill*
Paul McNeill
*Attorney for Defendants*
