**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

MICHAEL D. ALCORN;                                                                                 PLAINTIFFS
and MILDRED A. ALCORN

v.                                    NO. 3:13CV00182 JLH

UNITED STATES OF AMERICA;
and JESSICA ANN JOHEIM                                            DEFENDANTS

## ORDER OF DISMISSAL

Having been notified by counsel that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendants be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for sixty (60) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 18th day of March, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE